

# 30TH DISTRICT COURT

WICHITA COUNTY COURTHOUSE
900 7TH STREET. ROOM 360
WICHITA FALLS. TEXAS 76301·2483

PRESIDING JUDGE:
Robert P.Brotherton

OFFICIAL COURT REPORTER :
Leslie C.Ryan·Hash

TELEPHONE: 9401766-8180
FAX: 9401766-8253

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

11/30/2015 10:52:25 AM

DEBRA SPISAK
Clerk

April 16, 2015

Court of Appeals
Second District of Texas
401 W. Belknap, Suite 9000
Fort Worth, TX  76196

RE:    Cause No. 176,514-A
       Court of Appeals Number 02-15-00215-CV
       Texas Workforce Commission vs. Wichita County
       30th District Court, Wichita Falls, Texas

Dear Clerk:

In reference to the Reporter's Record in the above cause, I have never received a request for the transcript nor have I received payment for same.  The only Reporter's Record I have would be on the Motion For New Trial which was held on June 8, 2015.

If you have any questions, please feel free to contact me.

Sincerely,

/s/ Leslie C. Ryan-Hash

Leslie C. Ryan-Hash, CSR